Case 1-09-10146-MJK,   Doc 1,   Filed 01/15/09,   Entered 01/15/09 12:12:17,
Description: Main Document , Page 2 of 17

Case 1-09-10146-MJK,    Doc 1,    Filed 01/15/09,    Entered 01/15/09 12:12:17,
Description: Main Document , Page 3 of 17

Case 1-09-10146-MJK,    Doc 1,    Filed 01/15/09,    Entered 01/15/09 12:12:17,
Description: Main Document , Page 4 of 17

Case 1-09-10146-MJK, Doc 1, Filed 01/15/09, Entered 01/15/09 12:12:17,
Description: Main Document , Page 7 of 17

Case 1-09-10146-MJK,   Doc 1,   Filed 01/15/09,   Entered 01/15/09 12:12:17,
Description: Main Document , Page 10 of 17

Case 1-09-10146-MJK,   Doc 1,   Filed 01/15/09,   Entered 01/15/09 12:12:17,
Description: Main Document , Page 11 of 17

Case 1-09-10146-MJK,   Doc 1,   Filed 01/15/09,   Entered 01/15/09 12:12:17,
Description: Main Document , Page 13 of 17

Case 1-09-10146-MJK, Doc 1, Filed 01/15/09, Entered 01/15/09 12:12:17, Description: Main Document , Page 16 of 17